UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANNY LAMONT HAMILTON,
Plaintiff,

v.

DAVID O. LIVINGSTON, et al.,
Defendants.

Case No. 25-cv-10331-JST

**ORDER OF DISMISSAL**

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on or about November 21, 2025. ECF No. 1. On September 14, 2026, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to the three-strikes provision set forth in 28 U.S.C. § 1915. ECF No. 17. The Court ordered Plaintiff to pay the $402 filing and administrative fee in full by October 12, 2026 or face dismissal of this action. ECF No. 17. The deadline to pay the filing fee has passed. Plaintiff has not paid the filing fee and has not communicated with the Court. Accordingly, the Court DISMISSES this action for failure to pay the filing fee in full. This dismissal is without prejudice to filing a request to reopen, but any request to reopen must be accompanied by the full filing and administrative fees. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: November 9, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California